(66 Hun, 630.)

MOSHER, Respondent, v. BAKER, Appellant.

(Supreme Court, General Term, Fourth Department. December 9, 1892.)

Action by Leonard P. Mosher, administrator, against James S. Baker.
No opinion. Judgment affirmed, with costs.

---

(66 Hun, 630.)

MOULTON, Respondent, v. O'SULLIVAN, Appellant.

(Supreme Court, General Term, Fourth Department. December 9, 1892.)

Action by Frank Moulton against Dennis O'Sullivan.
No opinion. Motion to dismiss appeal granted, with $10 costs. See 19 N. Y.
Supp. 1006, mem.

---

(66 Hun, 630.)

. MUTUAL LIFE INS. CO. OF NEW YORK, Appellant, v. O'DONNELL et al.,
Respondents.

(Supreme Court, General Term, Fourth Department. December 9, 1892.)

Action by the Mutual Life Insurance Company of New York against John
O'Donnell and others.
No opinion. Order affirmed, with $10 costs and disbursements.

---

(66 Hun, 631.)

PEOPLE v. BINGHAMTON TRUST CO.

(Supreme Court, General Term, Fourth Department. December 9, 1892.)

Action by the people against the Binghamton Trust Company.
No opinion. Motion granted, on the ground that a question of law is involved
in the case which ought to be reviewed by the court of appeals. Order filed
with the clerk.

---

(66 Hun, 630.)

PEOPLE, Respondent, v. COGGESHALL, Appellant.

(Supreme Court, General Term, Fourth Department. December 9, 1892.)

Action by the people against Henry J. Coggeshall.
No opinion. Order affirmed, with $10 costs and disbursements.

---

(66 Hun, 630.)

PEOPLE, Respondent, v. HOLDEN, Appellant.

(Supreme Court, General Term, Fourth Department. December 9, 1892.)

No opinion. Conviction, judgment, and order reversed, and a new trial or-
dered, and the clerk of Onondaga county directed to enter judgment, and remit
a certified copy thereof, with the return and decision of this court, to the court
of sessions of Tompkins county, pursuant to sections 547 and 548 of the Code of
Criminal Procedure.

---

(66 Hun, 630.)

PERRY, Respondent, v. PERRY, Appellant.

(Supreme Court, General Term, Fourth Department. December 9, 1892.)

Action by Daniel Perry against Ira W. Perry.
No opinion. Appeal dismissed, with costs. Held, as the judgment was taken
by default, no appeal lies therefrom. Code Civil Proc. § 1294; Flake v. Van
Wagenen, 54 N. Y. 25.